IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILTON IRVON LOMBARD, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:22-cv-00784-O-BP |
| | § | |
| | § | |
| NORTH RICHLAND HILLS POLICE | § | |
| DEPARTMENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. The Court identified one typographical error in Judge Ray's Findings, Conclusions, and Recommendation: the initial filing date of Plaintiff's Complaint is incorrectly reported as September 22, 2022, when it was actually filed on September 2, 2022. Finding that this error is not material, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are otherwise correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** unless Plaintiff pays to the Clerk of the Court the filing and administrative fees of $402.00 within seven (7) days after the date of this Order.

**SO ORDERED** on this **26th day** of **October, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE